

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-13-00143-CR

Jesus Angel **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 348009
Honorable Jason Wolff, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court